THE STATE, DEFENDANT IN ERROR, v. WLADYSLAW JAN-
KOWSKI, ALIAS FRANK SMITH, PLAINTIFF IN ERROR.

Submitted July 8, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported
in 53 *Vroom* 229.

For the plaintiff in error, *Abner Kalisch.*

For the defendant in error, *Wilbur A. Mott.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Jus-
tice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TREN-
CHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-
BURGH, CONGDON, WHITE, TREACY, JJ.   11.

*For reversal*—None.